IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND
GREENBELT, MARYLAND

FILED LODGED ENTERED RECEIVED
JAN 0 9 2017
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Robert Joseph King
Plaintiff,

v.                                                                    Civil Action No: <u>16 CV 03804</u>

Van T. Mitchell, John Robison,
Thomas Lewis, Inna Taller, M.D.;
Aram Faramarz Mokhtari Aria, M.D.;
Wayne Noble, and Chandra Wiggins

Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUBSTITUTION OF PARTIES

    NOW COMES <u>Robert Joseph King</u>, Plaintiff, pursuant to Federal Rules of Civil Procedure Rule 25 (d) (1) and seeks this Honorable Court grant (T)his <u>Substitution of Parties</u> and in furtherance thereof would show the Court as follows:

1. That Defendant Van T. Mitchell is a defendant in this proceeding and is being sued in his individual and official capacity.

2. That Defendant Van T. Mitchell, Secretary, The Maryland Department of Health and Mental Hygiene, is no longer employed by The Maryland Department of Health and Mental Hygiene and therefore is no longer a defendant in this action.

3. That unless this Court Orders that Defendant Van T. Mitchell continue as a Defendant then he should be released as a Defendant.

4. That Governor Lawrence Hogan has appointed Dennis Schrader as the new Secretary, The Maryland Department of Health and Mental Hygiene, and is successor to Van T. Mitchell as Secretary, and therefore should be named as a substitute Defendant.

1

WHEREFORE, <u>Robert Joseph King</u>, Plaintiff, prays this Honorable Court grant (T)his <u>Substitution of Parties</u> and name Dennis Schrader as a Defendant.

Done on this 5th day of <u>January</u> 2017.   Respectfully submitted

*[signature]*
Robert Joseph King
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of <u>January</u> 2017, a copy of the foregoing Substitution of Parties were mailed, postage pre-paid to:

1. Brian E. Frosh
   Attorney General for the State of Maryland
   201 St. Paul Place
   Baltimore, Maryland 21202
   As Counsel for the Respondents

*[signature]*
Robert Joseph King
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road
Jessup, Maryland 20794
Plaintiff

2