IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MARYLAND

ROBERT JOSEPH KING      :

           :

  v.          :  Civil Action No. DKC 16-3804

           :

DENNIS SCHRADER, et al.    :

           :

         **ORDER**

  For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of August, 2017, by the United States District Court for the District of Maryland, ORDERED that:

  1. The motion to substitute parties filed by Plaintiff Robert King (ECF No. 7), BE, and the same hereby IS, DENIED AS MOOT;

  2. The clerk is DIRECTED to edit the docket to reflect the proper defendant as Dennis Schrader, Acting Secretary of Health;

  3. The motion to dismiss filed by Defendants Dennis Schrader, John Robison, Thomas Lewis, Inna Taller, Aram Faramarz Mokhtari Aria, Wayne Noble, and Chandra Wiggins (ECF No. 8) BE, and the same hereby IS, GRANTED;

  4. Plaintiff's complaint BE, and the same hereby IS, DISMISSED with prejudice as to his claims for damages and

declaratory relief, but without prejudice as to his claim for injunctive relief;

    5.   Plaintiff may file an amended complaint within 21 days; and

    6.   The clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff and to counsel for the Defendants.

                                        /s/
                              DEBORAH K. CHASANOW
                              United States District Judge