IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND
GREENBELT, MARYLAND

| | | |
|---|---|---|
| ROBERT JOSEPH KING, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. DKC-16-3804 |
| DENNIS SCHRADER, et.al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Robert Joseph King, Plaintiff, in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order of this Honorable Court granting Defendants' Motion to Dismiss and dismissing with prejudice Plaintiff's claims for damages and declaratory relief entered in this case on August 30, 2017.

September 19th, 2017
Date

Robert Joseph King
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road
Jessup, Maryland 20794
410-724-3182
Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September 2017 a true and correct copy of the foregoing Notice of Appeal was mailed, First Class postage prepaid to:

1. The Honorable Brian E. Frosh
   Attorney General for the State of Maryland
   201 St. Paul Place
   Baltimore, Maryland 21201
   As Counsel for the Defendants

2. The Honorable Kathleen A. Ellis
   Assistant Attorney General
   Maryland Department of Health & Mental Hygiene
   300 West Preston Street, Suite 302
   Baltimore, Maryland 21202
   As Counsel for the Defendants

*(signature)*
Robert Joseph King
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road
Jessup, Maryland 20794
410-724-3182
Plaintiff

Robert Joseph King
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road
Jessup, Maryland 20794
410-724-3182

September 19, 2017

The Honorable Felicia C. Cannon
Clerk of the Court
Office of the Clerk
United States District Court for the
Southern District of Maryland
6500 Cherrywood Lane, Room 200
Greenbelt, Maryland 20770

RE: Civil Action No. DKC-16-3804

Dear Ms. Cannon:

Please find enclosed the following document:

1. Notice of Appeal.

Would you please be so kind as to include this Notice of Appeal into the record.

Would you please also give Judge Chasanow my utmost thanks and respect for her tremedous consideration of my case. I will be guided in my appeal by her wisdom and just findings.

Would you also give my Thanks to my case coordinator Katie Nader for her invaluable and immense time and genuine assistance whenever I called her with a question or asked her about the status of my case. She was always willing to give me assistance whenever I had asked.

Lastly, I would like to Thank you for all of your kind patience with me and my court filings.

With Warm Regards

Sincerely

Robert Joseph King

Robert Joseph King
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road
Jessup, Maryland 20794

NEOPOST                    FIRST-CLASS MAIL
09/19/2017
US POSTAGE    $000.46⁰

ZIP 20794
041M11280532

The Honorable Felicia C. Cannon
Clerk of the Court
Office of the Clerk
United States District Court for the
Southern District of Maryland
6500 Cherrywood Lane, Room 200
Greenbelt, Maryland 20770

_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

SEP 2 0 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ 
DEPUTY

Legal Mail

2077087203 C023