IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT JOSEPH KING            :

          v.                   :   Civil Action No. DKC 16-3804

ROBERT L. NEALL, et al.       :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of August, 2017, by the United States District Court for the District of Maryland, ORDERED that:

1. Robert L. Neall BE, and the same hereby IS, SUBSTITUTED for Dennis R. Schrader;

2. The motion to stay the court's prior order filed by Plaintiff Robert Joseph King (ECF No. 37) BE, and the same hereby IS, DENIED;

3. The motion for leave to file a surreply filed by Plaintiff (ECF No. 40) BE, and the same hereby IS, DENIED;

4. The motion to dismiss filed by Defendants Robert L. Neall, the Maryland Department of Health, Wayne Noble, and Chandra Wiggins (ECF No. 33) BE, and the same hereby IS, GRANTED;

5. Plaintiff's amended complaint BE, and the same hereby IS, DISMISSED; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff and counsel for the parties and CLOSE this case.

```
                                  /s/
                         DEBORAH K. CHASANOW
                         United States District Judge
```