FILED: January 25, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-7073
(8:16-cv-03804-DKC)
_____

ROBERT JOSEPH KING

       Plaintiff - Appellant

v.

ROBERT R. NEALL, Secretary of Health; JOHN ROBISON, Chief Executive Officer, Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; THOMAS LEWIS, Chief Operating Officer, Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; INNA TALLER, M.D., Clinical Director, Clifton T. Perkins Hospital Center, In Her Individual and Official Capacity; ARAM FARAMARZ MOKHTA ARIA, M.D., Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; WAYNE NOBLE, Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; CHANDRA WIGGINS, Clifton T. Perkins Hospital Center, In Her Individual and Official Capacity

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK